THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* CHARLES PASSLEY, Defendant-Appellant.

(No. 73-168; ▮▮▮▮▮▮▮

Second District—November 27, 1974.

Opinion by Mr. JUSTICE RECHENMACHER.

Ralph Ruebner, of State Appellate Defender's Office, of Elgin, for appellant.

Gerry Dondanville, State's Attorney, of Geneva (Clarence Wittenstrom, Jr., of counsel), for the People.